E-FILED: **8/9/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ESQUIVEL,** )<br>    Plaintiff, )<br>        v. )<br>**CITIMORTGAGE, INC., et al.,** )<br>    Defendants. )<br>_____ ) | **CASE NO. CV 10-1981-GHK (PLAx)**<br><br>**JUDGMENT** |

   Pursuant to our August 9, 2010 order granting the Motion to Dismiss the First Amended Complaint, Defendants CitiMortgage, Inc., Verdugo Trustee Service Corporation, and CR Title Services, Inc. are **DISMISSED with prejudice**.

   **IT IS SO ORDERED**.

DATED: August 9, 2010

_____
GEORGE H. KING
United States District Judge